AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
### Southern District of Georgia

Laurie Abbott, Fred Williams, and Fred Williams
Homebuilders, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV403-041

City of Pooler, Earl L Carter, Billie L. Tyler, Streve E. Wall,
Jr , and Dennis Baxter

☐ **Jury Verdict.** This action came before the Court for a trial by jury  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court  The issues have been considered and a decision has been rendered

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated February 7, 2005, granting Defendant's motion for Summary Judgment, Judgment is hereby entered in favor of City of Pooler, Earl L. Carter, Billie L. Tyler, Steve E. Wall, Jr. and Dennis Baxter, this case is hereby dismissed.

E. O. D.

2/8/05
DATE

| February 8, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10-1 03